IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 4:11CV00348 BSM |
| | ) | |
| DONALD RAY PATTY | ) | |

## CONSENT JUDGMENT

This matter coming on before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the defendant, Donald Ray Patty, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the plaintiff in the amount of $14,688.00.

2. Execution of the Judgment shall be stayed on the condition that the defendant shall satisfy this Judgment by making monthly installment payments in the amount of at least $300.00, commencing with the first day of the next calendar month and continuing each and every month thereafter until the Judgment is satisfied in full. All check or money orders are to be made payable to U.S. District Court Clerk, 600 W. Capitol, Room 402, Little Rock, Arkansas 72201.

3. That the defendant shall submit to the plaintiff for review on at least an annual basis a statement of her financial condition and that such information shall be grounds to increase the payments of the defendant to the plaintiff at that time.

4. The Judgment shall be filed with the county clerk of the county of residence of the defendant and any other jurisdiction where the plaintiff deems appropriate.

5. In the event the defendant defaults in the payment of any installment due under this order, upon application by the plaintiff after notice to the defendant, an execution shall be issued by the Clerk for the full amount of the indebtedness certified to be due and outstanding.

6. Notice to the defendant pursuant to Paragraph 5 above shall be deemed due and sufficient notice if sent by first class mail, postage prepaid to the defendant, 18600 Colonel Glenn Road, Lot B, Little Rock, Arkansas 72210 at least ten (10) days prior to the issuance of such execution.

CONSENTED TO:
JANE W. DUKE
UNITED STATES ATTORNEY

_____           4-22-11
JOHN E. BUSH                        Date
ASSISTANT U.S. ATTORNEY

X _____         4-22-11
DONALD RAY PATTY                    Date
DEFENDANT


APPROVED:
_____           5-2-2011
UNITED STATES ~~MAGISTRATE~~ District JUDGE    Date